1  EUGENE KIM-ASSIGNEE OF RECORD
2  453 S SPRING ST STE 400
   LOS ANGELES CA 90013
3  Phone #: 213-800-4989

4
   APPEARING IN PRO SE
5

6



7        UNITED STATES BANKRUPTCY COURT

8        CENTRAL DISTRICT OF CALIFORNIA

9              LOS ANGELES DIVISION

10

11

12 | In re:                              | Case No. 2:21-bk-16403-VZ
13 | SPECTRUM LINK, INC.,                | Chapter 7
14 |        Debtor.    vs.               | Adversary No.: 2:23-ap-01170-VZ
                                           01173
15 |_____
16 | HOWARD M. EHRENBERG, Chapter 7
17 | Trustee,                            | NOTICE OF AND
                                           ACKNOWLEDGEMENT OF
18 |        Plaintiff,                   | ASSIGNMENT OF JUDGMENT.
19 |   vs.
20 | MILLENNIUM MARKETING
21 | CONCEPTS INC., a California
22 | corporation, UNITED CARE
23 | RESIDENTIAL, INC., a California
24 | corporation, and ALEX MUKATHE, an
25 | individual,
26 |        Defendants.
27 |_____
28

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -1-

COMES NOW, Plaintiff HOWARD M. EHRENBERG, Chapter 7 Trustee., in the above captioned matter, and moves the Court to hereby accept this Notice of and Assignment of Judgment. In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 2/22/2024.

2) THAT Judgment was entered in favor of Plaintiff and against Defendant. Millennium Marketing Concepts Inc.

3) THAT the Court awarded a judgment in the total amount of $48,500,00.

4) THAT there have been no renewals since the entry of said judgment by this Court and that Plaintiff has received $00.00 of judgment from Defendant.

5) THAT, HOWARD M. EHRENBERG, Chapter 7 Trustee is the judgment creditor of record.

6) THAT the last address of record for the judgment debtor was 211E. Ocean Blvd. Suite 262. Long Beach, CA 90802.

7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title, rights, interests and authority, and all other rights in law and/or equity be it past present or future, in said judgment to the following person:

EUGENE KIM
453 S SPRING ST STE 400
LOS ANGELES CA 90013

8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as a full and final assignment, and pray the Clerk of the Court file this Notice of and

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -2-

1  Signed this __28th__ day of __May__, 2024 at __Los Angeles_____, _____.

2  
3  Signature: _____/s/ Howard M. Ehrenberg_____

4  HOWARD M. EHRENBERG, Chapter 7 Trustee.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -3-