EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013
Phone #: 213-800-4989

APPEARING IN PRO SE



**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor.          vs. | Adversary No.: 2:23-ap-01173-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **NOTICE OF AND ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT.** |
| Plaintiff, | |
| vs. | |
| MILLENNIUM MARKETING CONCEPTS INC., a California corporation, UNITED CARE RESIDENTIAL, INC., a California corporation, and ALEX MUKATHE, an individual, | |
| Defendants. | |

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -1-

1
2
3      COMES NOW, Plaintiff HOWARD M. EHRENBERG, Chapter 7 Trustee., in the above
captioned matter, and moves the Court to hereby accept this Notice of and Assignment of
Judgment. In support thereof, the following information is provided:

   1) THAT the original Judgment was entered on or about 2/22/2024.

   2) THAT Judgment was entered in favor of Plaintiff and against Defendant.
United Care Residential, Inc.

   3) THAT the Court awarded a judgment in the total amount of $2,350.00.

   4) THAT there have been no renewals since the entry of said judgment by this Court
and that Plaintiff has received $00.00 of judgment from Defendant.

   5) THAT, HOWARD M. EHRENBERG, Chapter 7 Trustee is the judgment creditor of
record.

   6) THAT the last address of record for the judgment debtor was 8608 Parrot Avenue
Downey, CA 90240.

   7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title,
rights, interests and authority, and all other rights in law and/or equity be it past present or future,
in said judgment to the following person:

   <u>EUGENE KIM</u>
   <u>453 S SPRING ST STE 400</u>
   <u>LOS ANGELES CA 90013</u>

   8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as
a full and final assignment, and pray the Clerk of the Court file this Notice of and

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -2-

1  Signed this __28th__ day of __May__, 2024 at __Los Angeles_____.

2
3  Signature: _____/s/_____

4  HOWARD M. EHRENBERG, Chapter 7 Trustee.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -3-