EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013

APPEARING IN PRO SE



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE | Case No 2:21-bk-16403-VZ |
| | Adversary No 2:23-ap-01173-VZ |
| Plaintiff | |
| v. | **REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| MILLENNIUM MARKETING CONCEPTS INC., a California corporation, UNITED CARE RESIDENTIAL, INC., a California corporation, and ALEX MUKATHE, an individual, | FRCP 4.1(a) and 69 |
| | [No Hearing Required] |
| Defendant | |

Eugene Kim Assignee of Record, according to Federal Rules of Civil Procedure 4.1 (a) and 69, Hereby requests that Brenda Martinez Soto, who is California Registered Process Server in good Standing (Los Angeles Reg. #2022 248 268), who is at least 18 years of age, of suitable discretion And not a party to the within action, be authorized and appointed to serve writs and all additional Process required in the above case, to the extent permitted by law. The U.S. Marshal's office will Remain the levying officer.

Dated this 30th day of July 2024

_____
Eugene Kim

Signed at Los Angeles California.

