EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013

APPEARING IN PRO SE

FILED
AUG 22 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE | Case No 2:21-bk-16403-VZ |
| | Adversary No 2:23-ap-01173-VZ |
| Plaintiff | |
| v. | **REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| MILLENNIUM MARKETING CONCEPTS INC., a California corporation, UNITED CARE RESIDENTIAL, INC., a California corporation, and ALEX MUKATHE, an individual, | FRCP 4.1(a) and 69 |
| | [No Hearing Required] |
| Defendant | |

Eugene Kim Assignee of Record, according to Federal Rules of Civil Procedure 4.1 (a) and 69, Hereby requests that Brenda Martinez Soto, who is California Registered Process Server in good Standing (Los Angeles Reg. #2022 248 268), who is at least 18 years of age, of suitable discretion And not a party to the within action, be authorized and appointed to serve writs and all additional Process required in the above case, to the extent permitted by law. The U.S. Marshal's office will Remain the levying officer.

Dated this 30th day of July 2024

_____
Eugene Kim

Signed at Los Angeles California._____

**REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**



Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

FILED & ENTERED

FEB 22 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SPECTRUM LINK, INC.,<br><br>Debtor. | Case No. 2:21-bk-16403-VZ<br><br>Chapter 7<br><br>Adversary No.: 2:23-ap-01173-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM MARKETING CONCEPTS INC., a California corporation, UNITED CARE RESIDENTIAL, INC., a California corporation, and ALEX MUKATHE, an individual,<br><br>Defendants. | **DEFAULT JUDGMENT AGAINST ALEX MUKATHE**<br><br>[Relates to Adv. Docket No. 22]<br><br>Date:    February 13, 2024<br>Time:    11:00 a.m.<br>Place:   Courtroom 1368<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br>         Hon. Vincent P. Zurzolo |

SFW 56538020v1

1 | This Court having considered the Motion for Default Judgment Under LBR 7055-1 (Adv. Docket No. 22, the "Motion") filed by plaintiff Howard M. Ehrenberg in his capacity as chapter 7 trustee in the above-captioned bankruptcy case ("Plaintiff"), and the Court having entered its Order Granting Plaintiff's Motion for Default Judgment Under 7055-1; and the Clerk of the Court having entered the default of defendant Alex Mukathe ("Defendant"); and Defendant having failed to respond to Plaintiff's complaint in this action, as amended (the "Complaint"), and for good cause, it is ORDERED as follows:

1. Judgment is entered in favor of Plaintiff, and against Defendant, on the first and fifth claims for relief in the Complaint.

2. The transfers made by the Debtor to the Defendant which are identified in the Motion, and each of them, are hereby avoided.

3. Plaintiff is entitled to recover all such transfers and distributions referenced above, and otherwise entitled to damages, from Defendant in the principle aggregate amount of $20,150.00, with interest on such amount at the legal rate of interest on judgments from the date of entry of this judgment.

###

Date: February 22, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

SFW 56538020v1    1