1  EUGENE KIM-ASSIGNEE OF RECORD
2  453 S SPRING ST STE 400
   LOS ANGELES CA 90013
3
4  APPEARING IN PRO SE

FILED
SEP 10 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE | Case No 2:21-bk-16403-VZ |
| | Adversary No 2:23-ap-01173-VZ |
| Plaintiff | |
| v. | **REQUEST FOR ORDER FOR** |
| MILLENNIUM MARKETING CONCEPTS INC., a California corporation, UNITED CARE RESIDENTIAL, INC., a California corporation, and ALEX MUKATHE, an individual, | **SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| | FRCP 4.1(a) and 69 |
| | [No Hearing Required] |
| Defendant | |

Eugene Kim Assignee of Record, according to Federal Rules of Civil Procedure 4.1 (a) and 69, Hereby requests that Sam Cafiero, who is California Registered Process Server in good Standing (Los Angeles Reg. #2020 057 438), who is at least 18 years of age, of suitable discretion And not a party to the within action, be authorized and appointed to serve writs and all additional Process required in the above case, to the extent permitted by law. The U.S. Marshal's office will Remain the levying officer.

Dated this 10th day of September 2024

_____
Eugene Kim

Signed at Los Angeles California._____

REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

