1
2
3
4

Christian U. Anyiam, Esq., SBN217326
**ANYIAM LAW FIRM**
357 W. 2nd Street, Suite 16
San Bernardino, CA 92401
Tel: 909-383-9500
Fax: 909-245-0045
Email: anyiamlawfirm@gmail.com

5

Attorney for Defendant ALEX MUKATHE

6
7
8
9

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

10

In re

Case No.: 2:21-bk-16403-VZ

11
12

SPECTRUM LINK, INC.,

Adv. No.: 2:23-ap-01173-VZ

Chapter 7

13

Debtor(s).

14

_____

15

HOWARD M. EHRENBERG, Chapter 7 Trustee,

**NOTICE OF WITHDRAWAL OF MOTION TO SET ASIDE DEFAULT JUDGMENT (dkt #47)**

16

Plaintiff,

17

vs.

Date:   10/24/2024
Time:   11:00 a.m.
Place:   Courtroom 1368

18
19
20

MILLENNIUM MARKETING CONCEPTS, INC.,
UNITED CARE RESIDENTIAL, INC., and ALEX
MUKATHE,

21

Defendant(s).

22
23

**TO:  THE CLERK OF THE COURT, THE HON. VINCENT P. ZURZOLO, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:**

24
25
26

PLEASE TAKE NOTICE that the interested party and co-Defendant, ALEX MUKATHE ("MUKATHE"), hereby withdraws the Motion to Set Aside Default Judgment *styled* Motion for

27

Order to Set Aside the Default Judgment Entered Against Defendant Alex Mukathe ("Motion to Set

28

Aside Default Judgment"), filed on September 25 2024, filed in the Adversary Proceeding case as

docket number 47.

MUKATHE filed the Motion to Set Aside the Default Judgment in the Adversary Proceeding

and intended to contemporaneously file the Motion to Reopen in that same Adversary Proceeding.

However, MUKATHE's counsel inadvertently filed the Motion to Reopen in the underlying Chapter 7

case (2:21-bk-16403-VZ) instead of the Adversary Proceeding case and paid the corresponding filing

fee thereto.

As a result, MUKATHE's counsel thereafter received an error notice from CM/ECF

instructing him to file this Notice of Withdrawal and refiling the document using the correct docket

event because the Motion to Set Aside Default Judgment was filed in a closed case.

WHEREFORE, Debtor hereby withdraws the Motion to Set Aside Default Judgment with

docket entry number 47.

Dated: September 28, 2024                     Respectfully Submitted,

                                              ANYIAM LAW FIRM


                                              By:    _/s/ CHRISTIAN U. ANYIAM_____
                                                     CHRISTIAN U. ANYIAM, ESQ
                                                     Attorney for Defendant
                                                     ALEX MUKATHE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

357 W. 2nd Street, Suite 16
San Bernardino, CA 92401

A true and correct copy of the foregoing document described **NOTICE OF WITHDRAWL RE: MOTION TO SET ASIDE DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __9/28/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com; howard.ehrenberg@ecf.courtdrive.com; Karen.Files@gmlaw.com

**Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com; karen.files@gmlaw.com

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**Steven Werth** steven.werth@gmlaw.com, swerth@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com, Karen.Files@gmlaw.com; patricia.dillamar@gmlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __9/28/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Alex Mukathe, an individual
8221 3rd St., Suite 204
Downey, CA 90241

Eugene Kim
Assignee of Record
453 S. Spring St., Ste 400
Los Angeles, CA 90013

Spectrum Link, Inc.
11724 216th St.
Lakewood, CA 90715

NOTICE OF WITHDRAWAL

United Care Residential, Inc., a California corporation
(Suspended Corporation 5/29/2019)
Agent for Service of Process: Alex Mukathe
8221 3rd Street, Suite 204
Downey, CA 90241

Millennium Marketing Concepts Inc., a California corporation
(Suspended Corporation – Inactive: 4/26/18)
Agent for Service of Process: Alex Mukathe
8221 3rd St., Ste.204
Downey, CA 90241

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/28/2024 | CHRISTIAN U. ANYIAM | /s/ CHRISTIAN U. ANYIAM |
|---|---|---|
| Date | Type Name | Signature |

NOTICE OF WITHDRAWAL