

**FILED & ENTERED**

**OCT 21 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: Spectrum Link, Inc., <br><br>Debtor(s), <br>Howard M Ehrenberg, Chapter 7 Trustee, <br><br>Plaintiff(s), <br>Vs. <br><br>Millennium Marketing Concepts Inc., a California corporation, et al. <br><br>Defendant(s). | Case No.: 2:21-bk-16403-VZ <br><br>Chapter: 7 <br><br>Adversary No.: 2:23-ap-01173-VZ <br><br>**ORDER GRANTING MOTION TO REOPEN ADVERSARY PROCEEDING** <br><br>[No hearing required: LBR 5010-1, 9013-1(q)] |

     Alex Mukathe filed a motion to reopen this adversary proceeding on September 28, 2024 ("Motion to Reopen," docket #49) and a motion to vacate default judgment on October 3, 2024 ("Motion to Vacate," docket #53) and set hearings on October 24, 2024 at 11:00 a.m. Pursuant to LBR 5010-1 and 9013-1(q), a Motion to Reopen may be granted without a hearing. Good cause appearing, **IT IS ORDERED**: (1) the Motion to Reopen is **GRANTED** and (2) the hearing on the Motion to Vacate will take place on October 24, 2024 at 11:00 a.m.

###

Date: October 21, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge