United States Bankruptcy Court

Central District of California

Ehrenberg, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-01173-VZ

Millennium Marketing Concepts Inc., a Ca,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 21, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Eugene Kim, 453 S Spring St., Ste. 400, Los Angeles, CA 90013-2074 |
| pla  | + | Howard M Ehrenberg, Chapter 7 Trustee, Greenspoon Marder LLP, 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067-2519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Alex Mukathe, an individual, |
| dft | | Millennium Marketing Concepts Inc., a California c |
| dft | | United Care Residential, Inc., a California corpor |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Christian U Anyiam
     on behalf of Defendant Alex Mukathe  an individual, anyiamlawfirm@gmail.com, chrisanyiam4law@gmail.com;anyiamcr85946@notify.bestcase.com

Howard M Ehrenberg (TR)
     ehrenbergtrustee@gmlaw.com
     ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 21, 2024 | Form ID: pdf031 | Total Noticed: 2

Mark S Horoupian
    on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com

Steven Werth
    on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5



**FILED & ENTERED**

**OCT 21 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Spectrum Link, Inc.,<br><br>                                                  Debtor(s),<br>Howard M Ehrenberg, Chapter 7 Trustee,<br><br>                                                  Plaintiff(s),<br>                                           Vs.<br><br>Millennium Marketing Concepts Inc., a California corporation, et al.<br><br>                                                  Defendant(s). | Case No.: 2:21-bk-16403-VZ<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01173-VZ<br><br>**ORDER GRANTING MOTION TO REOPEN ADVERSARY PROCEEDING**<br><br>[No hearing required:  LBR 5010-1, 9013-1(q)] |

    Alex Mukathe filed a motion to reopen this adversary proceeding on September 28, 2024 ("Motion to Reopen," docket #49) and a motion to vacate default judgment on October 3, 2024 ("Motion to Vacate," docket #53) and set hearings on October 24, 2024 at 11:00 a.m.  Pursuant to LBR 5010-1 and 9013-1(q), a Motion to Reopen may be granted without a hearing.  Good cause appearing, **IT IS ORDERED**: (1) the Motion to Reopen is **GRANTED** and (2) the hearing on the Motion to Vacate will take place on October 24, 2024 at 11:00 a.m.

                                                                      ###

Date: October 21, 2024

_____
Vincent P. Zurzolo
United States Bankruptcy Judge