United States Bankruptcy Court

Central District of California

Ehrenberg, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-01173-VZ

Millennium Marketing Concepts Inc., a Ca,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Dec 10, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Eugene Kim, 453 S Spring St., Ste. 400, Los Angeles, CA 90013-2074 |
| pla | + | Howard M Ehrenberg, Chapter 7 Trustee, Greenspoon Marder LLP, 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067-2519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | ^ MEBN | Dec 11 2024 00:42:16 | Howard M Ehrenberg, Chapter 7 Trustee, Greenspoon Marder LLP, 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067-2519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Alex Mukathe, an individual, |
| dft | | Millennium Marketing Concepts Inc., a California c |
| dft | | United Care Residential, Inc., a California corpor |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf031 | Total Noticed: 2 |

| Name | Email Address |
|---|---|
| Christian U Anyiam | on behalf of Defendant Alex Mukathe  an individual, anyiamlawfirm@gmail.com, chrisanyiam4law@gmail.com;anyiamcr85946@notify.bestcase.com |
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Mark S Horoupian | on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
| Steven Werth | on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

1  EUGENE KIM-ASSIGNEE

2  453 S SPRING ST STE 400

3  LOS ANGELES CA 90013

4  APPEARING IN PRO SE

5

6           UNITED STATES BANKRUPTCY COURT

7           CENTRAL DISTRICT OF CALIFORNIA

8  HOWARD M. EHRENBERG, CHAPTER 7 )  Case No 2:21-bk-16403-VZ
   TRUSTEE                      )
                                )  Adversary No 2:23-ap-01173-VZ
                                )
           Plaintiff            )
                                )
              v.                )
                                )
                                )
   MILLENNIUM MARKETING CONCEPTS )  **ORDER GRANTING MOTION TO**
   INC., a California corporation, )  **AMEND APPLICATION FOR AND**
   UNITED CARE RESIDENTIAL, INC., a )  **RENEWAL OF JUDGMENT TO**
   California corporation, and  )  **INCLUDE ALIAS**
   ALEX MUKATHE, an individual, )
                                )
                                )
           Defendant            )

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause, IT IS HEREBY ORDERED that Brenda Martinez Soto, who is a California Registered Process Server in good standing (Los Angeles. #2022 248 168), be authorized and appointed to serve writs and all additional process required in the above case, to the extent permitted by law. The U.S. Marshall Office will remain the levying officer.

**ORDER 1**

Dated: 12/10/2024

_____
Judge of the United States Bankruptcy Court