Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**Greenspoon Marder LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

**FILED & ENTERED**

JAN 23 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:23-ap-01173-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |
| Plaintiff, | <u>Status Hearing:</u> |
| vs. | Date:   January 30, 2025<br>Time:   10:30 a.m.<br>Place:  Courtroom 1368<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br>           Hon. Vincent P. Zurzolo |
| MILLENNIUM MARKETING CONCEPTS, INC., UNITED CARE RESIDENTIAL, INC., and ALEX MUKATHE, | |
| Defendants. | |

Based upon this Court's review of the "Stipulation To Dismiss Adversary Proceeding With Prejudice" filed in the above-captioned adversary proceeding on January 15, 2025 [Docket No. 76] (the "<u>Stipulation</u>"), and for good cause, it is hereby **ORDERED** as follows:

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

1. The Stipulation is approved; and

2. This adversary proceeding is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

###

Date: January 23, 2025

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

50971098_1

2