Christian U. Anyiam, Esq., SBN217326
**ANYIAM LAW FIRM**
357 W. 2nd Street, Suite 16
San Bernardino, CA 92401
Tel: 909-383-9500
Fax: 909-245-0045
Email: anyiamlawfirm@gmail.com

Attorney for Defendant ALEX MUKATHE



FILED & ENTERED

JAN 23 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPECTRUM LINK, INC.,<br>         Debtor(s).<br>_____<br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br>         Plaintiff,<br><br>vs.<br><br>MILLENNIUM MARKETING CONCEPTS, INC., UNITED CARE RESIDENTIAL, INC., and ALEX MUKATHE,<br>         Defendant(s). | Case No.: 2:21-bk-16403-VZ<br><br>Chapter 7<br><br><br>Adv. No.: 2:23-ap-01173-VZ<br><br>**ORDER GRANTING MOTION FOR ORDER TO SET ASIDE THE DEFAULT JUDGMENT ENTERED AGAINST DEFENDANT ALEX MUKATHE**<br><br>Hearing:<br>Date: 10/24/2024<br>Time: 11:00 a.m.<br>Place: Courtroom 1368 |

   A hearing was held on October 24, 2024, on Defendant ALEX MUKATHE's Motion to Set Aside the Default Judgment Against Defendant, ALEX MUKATHE, in the Adversary Proceeding, case number 2:23-ap-01173-VZ ("Motion," docket #53). The default judgment referred to is entered as docket #25.

   Appearances were noted on the record.

   Based upon the findings and conclusions made at the hearing,

**IT IS ORDERED**:

(1) the Motion is GRANTED; and

(2) The default judgment against Defendant ALEX MUKATHE is set aside.

### 

Date: January 23, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge