United States Bankruptcy Court

Central District of California

Ehrenberg, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-01173-VZ

Millennium Marketing Concepts Inc., a Ca,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Eugene Kim, 453 S Spring St., Ste. 400, Los Angeles, CA 90013-2074 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | ^ MEBN | Jan 24 2025 00:49:15 | Howard M Ehrenberg, Chapter 7 Trustee, Greenspoon Marder LLP, 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067-2519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Alex Mukathe, an individual, |
| dft | | Millennium Marketing Concepts Inc., a California c |
| dft | | United Care Residential, Inc., a California corpor |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

**Name**    **Email Address**

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 23, 2025 | Form ID: pdf031 | Total Noticed: 2

Christian U Anyiam
    on behalf of Defendant Alex Mukathe  an individual, anyiamlawfirm@gmail.com, chrisanyiam4law@gmail.com;anyiamcr85946@notify.bestcase.com

Howard M Ehrenberg (TR)
    ehrenbergtrustee@gmlaw.com
    ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Mark S Horoupian
    on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com

Steven Werth
    on behalf of Plaintiff Howard M Ehrenberg  Chapter 7 Trustee steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

Christian U. Anyiam, Esq., SBN217326
**ANYIAM LAW FIRM**
357 W. 2nd Street, Suite 16
San Bernardino, CA 92401
Tel: 909-383-9500
Fax: 909-245-0045
Email: anyiamlawfirm@gmail.com

Attorney for Defendant ALEX MUKATHE

**FILED & ENTERED**

**JAN 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY carranza DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPECTRUM LINK, INC.,<br>                    Debtor(s).<br>_____<br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br>                    Plaintiff,<br>vs.<br>MILLENNIUM MARKETING CONCEPTS, INC., UNITED CARE RESIDENTIAL, INC., and ALEX MUKATHE,<br>                    Defendant(s). | Case No.: 2:21-bk-16403-VZ<br><br>Chapter 7<br><br><br>Adv. No.: 2:23-ap-01173-VZ<br><br>**ORDER GRANTING MOTION FOR ORDER TO SET ASIDE THE DEFAULT JUDGMENT ENTERED AGAINST DEFENDANT ALEX MUKATHE**<br><br>Hearing:<br>Date:   10/24/2024<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368 |

    A hearing was held on October 24, 2024, on Defendant ALEX MUKATHE's Motion to Set Aside the Default Judgment Against Defendant, ALEX MUKATHE, in the Adversary Proceeding, case number 2:23-ap-01173-VZ ("Motion," docket #53). The default judgment referred to is entered as docket #25.

    Appearances were noted on the record.

    Based upon the findings and conclusions made at the hearing,

**IT IS ORDERED**:

(1) the Motion is GRANTED; and

(2) The default judgment against Defendant ALEX MUKATHE is set aside.

### 

Date: January 23, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge